**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MORRIS S. MAXWELL; SHAWN R. MAXWELL, | No. 14-17334 |
| Plaintiffs - Appellants, | D.C. No. 3:14-cv-03095-WHO |
| v. | |
| MOAB INVESTMENT GROUP, LLC; et al., | MEMORANDUM* |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Northern District of California
William H. Orrick III, District Judge, Presiding

Submitted January 20, 2016**

Before:     CANBY, TASHIMA, and NGUYEN, Circuit Judges.

Morris S. and Shawn R. Maxwell appeal pro se from the district court's

order declaring them vexatious litigants and imposing pre-filing restrictions.  We

have jurisdiction under 28 U.S.C. § 1291.  We review for an abuse of discretion.

---

      *     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

      **     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Molski v. Evergreen Dynasty Corp.*, 500 F.3d 1047, 1056-57 (9th Cir. 2007) (per curiam).  We affirm.

The district court did not abuse its discretion by declaring the Maxwells vexatious litigants and entering a pre-filing order against them after providing them with notice and an opportunity to be heard, developing an adequate record for review, making substantive findings regarding their frivolous litigation history, and tailoring the restriction narrowly.  *See id.* at 1057, 1058-61 (discussing factors to consider before imposing pre-filing restrictions).

We reject as meritless the Maxwells' contentions that they were denied due process and equal protection due to a lack of a full and fair hearing on their claims.

**AFFIRMED.**

14-17334